IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| vs. | Case No. 1:23-cr-00100 |
| Kyle William Johnson | |
| Defendant. | |

## ORDER VACATING JUDGMENT AND RECUSING FROM CASE

[¶1]   THIS MATTER comes before the Court after sentencing the Defendant on May 3, 2024. The Court held a status conference on May 6, 2024, and informed to the Parties that a previously unknown conflict came to light after sentencing. The Court explained it withheld filing the judgment until it had a chance to discuss the matter on the record. The Court then indicated it would vacate the Judgment (Doc. Nos. 60, 61) and enter an order of recusal. Neither Party objected. It is also necessary to vacate the Final Order of Forfeiture (Doc. No. 57) entered at the Sentencing Hearing.

[¶2]   Accordingly, the Judgement (Doc. Nos. 60, 61) filed May 6, 2024, and Final Order of Forfeiture entered May 3, 2024 (Doc. No. 57) are hereby **VACATED**. Furthermore, pursuant to 28 U.S.C. § 455(a), the undersigned recuses himself from hearing or determining any further proceeding in this case.

[¶3]  **IT IS SO ORDERED.**

DATED May 6, 2024.

_____
Daniel M. Traynor, District Judge
United States District Court